UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA PALMA,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY
a/k/a GE PLASTICS,

    Defendant.

04-30110-MAP

Civil Action No.

FILING FEE PAID:
RECEIPT # 305645
AMOUNT $ 150.00
BY DPTY CLK MGh
DATE 6/10/04

## NOTICE OF REMOVAL

Now comes the defendant, General Electric Company, and removes this action to the United States District Court for the District of Massachusetts on the basis of the facts stated herein and pursuant to 28 U.S.C. §§ 1441 and 1446.

This action was commenced on or about February 9, 2004 by the Plaintiff, Cynthia Palma in the Superior Court for Berkshire County, Massachusetts. The Plaintiff subsequently amended her complaint as of right pursuant to Mass. R. Civ. P. 15 on or about May 10, 2004. The first process served in this action was the Summons and the Amended Complaint, which were served by hand on May 11, 2004.

The Plaintiff, according to her complaint, is a resident of the Commonwealth of Massachusetts. The Defendant is a business corporation, duly incorporated under the laws of the State of New York and maintains its principal place of business in the State of Connecticut.

According to her amended Civil Action Cover Sheet, filed with the Superior Court on May 10, 2004, the Plaintiff seeks at least $90,523 in damages.

In accordance with the provisions of 28 U.S.C. § 1332 concerning the original jurisdiction of the United States District Courts on the basis of diversity of citizenship, there is complete diversity between the parties and the amount in controversy exceeds $75,000. Therefore, this court has original subject matter jurisdiction over this matter and removal is proper under 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

For General Electric Company, Defendant

Diane M. DeGiacomo (BBO# 555930)
Dennis M. LaRochelle (BBO# 600924)
CAIN, HIBBARD, MYERS & COOK, PC
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

Dated: June 9, 2004

## CERTIFICATE OF SERVICE

I, Dennis M. LaRochelle, certify that on this Ninth Day of June, 2004, I served a copy of the foregoing document on the plaintiff, appearing pro se, via first class mail, postage pre-paid, at the following address:

Cynthia Palma
P.O. Box 8
Pittsfield, Massachusetts 01202

Dennis M. LaRochelle

2