UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S

U.S. DISTRICT COURT

| | |
|---|---|
| CYNTHIA PALMA,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>a/k/a GE PLASTICS,<br><br>Defendant. | Civil Action No.<br><br>04-30110-MAP |

NOTICE OF APPEARANCE

Please enter our appearance as counsel for the defendant, General Electric Company.

Respectfully submitted,

_____
Diane M. DeGiacomo (BBO# 555930)
Dennis M. LaRochelle (BBO# 600924)
CAIN, HIBBARD, MYERS & COOK, PC
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

Dated: June 9, 2004

## CERTIFICATE OF SERVICE

I, Dennis M. LaRochelle, certify that on this Ninth Day of June, 2004, I served a copy of the foregoing document on the plaintiff, appearing pro se, via first class mail, postage pre-paid, at the following address:

Cynthia Palma
P.O. Box 8
Pittsfield, Massachusetts 01202

_____
Dennis M. LaRochelle