**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CYNTHIA PALMA,**<br><br>            **Plaintiff,**<br><br>       v.<br><br>**GENERAL ELECTRIC COMPANY**<br>**a/k/a GE PLASTICS,**<br><br>            **Defendant.** | **Civil Action No. 04-30110-MAP** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by all parties that this action be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  This action is dismissed with prejudice.

Respectfully Submitted,

PLAINTIFF, Appearing Pro Se                    DEFENDANT, by its attorneys


_____/s/_____          _____/s/_____
Cynthia Palma                                          Dennis M. LaRochelle (BBO# 600924)
P.O. Box 8                                                CAIN, HIBBARD, MYERS & COOK, PC
Pittsfield, Massachusetts  01201            66 West Street
(413) 499-5917                                         Pittsfield, Massachusetts 01201
                                                               (413) 443-4771


Dated:  August 27, 2004